IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00687-WYD-MEH

THE THOMPSONS FILM, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 2-3, 5, 7, and Carol See (formerly identified and also known as John Doe No. 8),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Motion for an Order Entering Consent Decree and Dismissal With Prejudice (ECF No. 32) is **STRICKEN** from the record.  This filing does not comply with the Court's preferred procedure for consent and for dismissal of actions.  Should the parties wish to file dismissal documents, the filings must comply with Fed. R. Civ. P. 41.  Should the parties believe a consent decree outlining the specific terms of the settlement is necessary, they shall provide a valid explanation in support thereof.

    Dated:  August 20, 2013