IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00687-WYD-MEH

THE THOMPSONS FILM, LLC,

      Plaintiff,

v.

CAROL SEE, and
JOHN DOES 2-3, 5, and 7,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 20, 2013.**

      Pursuant to Fed. R. Civ. P. 15(a)(2) and in the interest of justice, Plaintiff's Motion for Leave to File Second Amended Complaint [filed August 19, 2013; docket #31] is **granted**.  The Clerk of the Court is directed to file the Second Amended Complaint for Damages and Injunctive Relief, found at docket #31-1.