IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00687-WYD-MEH

THE THOMPSONS FILM, LLC,

    Plaintiff,

v.

JOHN DOE 3,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2013.**

    Plaintiff's Motion for Leave to File Third Amended Complaint [filed September 6, 2013; docket #44] is **denied without prejudice as moot**. With the dismissal of all other defendants, the current Second Amended Complaint now identifies only one Defendant, John Doe 3; therefore, there is no need to seek leave to "amend" the operative pleading to name only John Doe 3.