IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00687-WYD-MEH

THE THOMPSONS FILM, LLC,

    Plaintiff,

v.

CAROL SEE, and
JOHN DOES 2-3, 5, and 7,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2013.**

    Pursuant to Fed. R. Civ. P. 15(a)(2) and in the interest of justice, Plaintiff's Motion for Leave to Amend Complaint to Name Doe Defendant [filed September 16, 2013; docket #50] is **granted**.  The Clerk of the Court is directed to file the Third Amended Complaint for Damages and Injunctive Relief, found at docket #50-1.